ACCEPTED
07-15-00115-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/12/2015 12:58:49 PM
Vivian Long, Clerk

NO. 07-15-00115-CR

| | | |
|---|---|---|
| ISFRAEL GONZALEZ | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE SEVENTH DISTRICT |
| THE STATE OF TEXAS | § | OF  TEXAS AT AMARILLO |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/12/2015 12:58:49 PM
VIVIAN LONG
CLERK

## STATE'S MOTION TO EXTEND THE TIME
## FOR FILING THE STATE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

The State of Texas respectfully requests that the time for filing its brief in this cause be extended.  In support of this motion the State would show the Court the following:

Appellant pleaded guilty and was placed on probation for engaging in organized criminal activity; this appeal is from his probation revocation, after which he was assessed a sentence of confinement for eight years in TDCJ. Appellant is currently incarcerated. Appellant filed his brief on July 7, 2015, and the State's brief was due August 10, 2015. The State requests an extension of time to file its brief until September 10, 2015.

Counsel has good cause for the delay in filing this brief. The Cooke County D.A.'s Office had requested the undersigned to prepare and file the brief and represent the State of Texas in this appeal as a special prosecutor, because that office does not have an appellate attorney.  Undersigned counsel is unable to timely complete the brief due to a final illness and death in counsel's household, and the

Page 1

District Attorney has therefore agreed to reassign the brief to another local attorney as special prosecutor. No previous extension has been requested by the State in this matter.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the State's brief be extended until September 10, 2015.

Respectfully submitted,

|  | by: _____/s/ Sue Korioth_____ |
|---|---|
| JANICE WARDER | Sue Korioth, Texas Bar #11681975 |
| Cooke County District Attorney | Special Prosecutor |
| Cooke County Courthouse | Cooke County D. A.'s Office |
| Gainesville, Texas 76240-4760 | P.O. Box 600103 |
| (940) 668-5466 Telephone | Dallas, Texas 75360-0103 |
| (940) 668-5499 Facsimile | (214) 384-3864 |
|  | suekorioth@aol.com |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on Christopher Graham, Attorney for Appellant, by email or by e-service if available to his address at clgraham@lgi-law.com .

_____/s/ Sue Korioth_____
SUE KORIOTH